IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARRY DAVIS                                                                                                PLAINTIFF

vs.                                         Civil No. 6:10-cv-06012

MICHAEL J. ASTRUE                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 17th day of February 2011 comes for consideration the Report and Recommendation dated January 28, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE